BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 01:10-CR-00061-AWI |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | |
| VICTOR MANUEL GONZAELZ | ) | |
| aka Victor Gonzalez-Robles, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 48(a),

Plaintiff United States of America, by and through its attorneys

of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L.

GARRIQUES, Assistant United States Attorney, hereby moves to

dismiss the indictment in this case without prejudice in the

interest of justice.

DATED: May 31, 2012                    Respectfully submitted,
                                       BENJAMIN B. WAGNER
                                       United States Attorney

                               By:  /s/ Ian L. Garriques
                                       IAN L. GARRIQUES
                                       Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be
dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated: _____ May 31, 2012 _____ _____
                                    CHIEF UNITED STATES DISTRICT JUDGE